**SHUFFLE MASTER, INC.,**
**Plaintiff–Appellee,**

v.

**Yehia AWADA, Defendant–Appellant,**

**and**

**Gaming Entertainment, Inc.,**
**Defendant–Appellant.**

**No. 2008–1346.**

United States Court of Appeals,
Federal Circuit.

Aug. 19, 2008.

Barry F. Irwin, Paul D. Collier, Kirkland & Ellis LLP, Chicago, IL, for Plaintiff–Appellee.

Yehia Awada, Las Vegas, NV, pro se.

## ORDER

Yehia Awada has not responded to the court's May 30, 2008 order directing the appellants to respond why this appeal should not be dismissed as premature. Counsel for Gaming Entertainment, Inc. (GEI) has not entered an appearance as directed by the May 30 order and GEI has not responded concerning whether the appeal is premature.

Upon consideration thereof,

IT IS ORDERED THAT:

The appeal is dismissed.